**THE HUMANE SOCIETY OF THE UNITED STATES and SOUND RIVERS, INC.,**
Plaintiffs,

*vs*.

**THE HANOR COMPANY OF WISCONSIN, LLC,**
Defendant.

## PLAINTIFFS EXHIBIT B
to their Complaint for Declaratory and Injunctive Relief and Civil Penalties

January 16, 2015 letter Re: Supplemental Notice of Intent to Sue for Violations of the Emergency Planning and Community Right-to-Know Act

CALHOUN,
BHELLA &
SECHREST, LLP

James L. Conner II
919.887.2607
jconner@cbsattorneys.com

January 16, 2015

*Via Certified Mail – Return Receipt Requested*

The Hanor Company of Wisconsin
E 4614 Highway 14-60
Spring Green, Wisconsin 53588

Registered Agent
National Corporate Research, LTD.
176 Mine Lake Court, Suite 100
Raleigh, North Carolina 27615

**RE:  Supplemental Notice of Intent to Sue for Violations of the Emergency Planning and Community Right-to-Know Act**

This firm represents the Humane Society of the United States (HSUS) and the Pamlico-Tar River Foundation (PTRF).

PTRF hereby provides notice and HSUS hereby provides supplemental notice of their intent to file a citizen suit against the Hanor Company of Wisconsin, LLC (Hanor) for ongoing and consistent daily violations of the Emergency Planning and Community Right-to-Know Act (EPCRA), 42 U.S.C. § 11001 *et seq*. (supplemental notice letter). This supplemental notice letter relates to releases of ammonia gas from the Shellbank Farm (Shellbank), a large industrial swine production facility that is owned or otherwise operated by Hanor. Specifically, Shellbank has in the past released and continues to release in excess of 100 pounds of ammonia gas into the air per day without adequately reporting those releases to potentially impacted states and communities in accordance with section 304 of EPCRA, 42 U.S.C. § 11004. Hanor knew or reasonably should have known the daily volume of ammonia produced by this facility upon the facility achieving full operational and waste management capacities or at least as of January 2009.

Ammonia is an extremely hazardous substance.[1] Human exposure to ammonia, which is listed as a "chemical[] of concern" because of its "acute lethality, high production volume and known risks," can result in impairments ranging from respiratory distress to death.[2] Failure to adequately report the release of any extremely hazardous substance above the substance's critical reportable quantity violates the emergency release reporting requirements of EPCRA while putting both communities and the environment at risk.[3] This supplemental notice letter is provided pursuant to section 326 of EPCRA.[4]

---

[1] 40 C.F.R. § 355, App. A.
[2] 40 C.F.R. § 355, App. A, Note f.; National Research Council, Air Emissions from Animal Feeding Operations: Current Knowledge, Future Needs, 66 (2003) [hereinafter *NRC Report*], *available at* http://www.nap.edu/catalog/10586.html.
[3] 42 U.S.C. § 11004; 40 C.F.R. §§ 355.1 - 355, App. A.
[4] 42 U.S.C. § 11046; *see also* 40 C.F.R. §§ 374.1-374.6.

The Hanor Company of Wisconsin
National Corporate Research, LTD., Registered Agent
January 16, 2015
Page 2

## I. The Original Notice

On July 10, 2012, the HSUS provided notification to Hanor regarding ongoing and consistent violations of section 304 of EPCRA relating to releases of in excess of 100 pounds of ammonia gas per day into the air and surrounding environment from its Shellbank facility. *See* App. A (HSUS July 10, 2012 Notice Letter to Hanor). Today's supplemental notice letter fully incorporates by reference all allegations and claims contained in the original letter, and supplements the original notification by confirming that the violations have been ongoing and consistent up to the date of this letter and adding an additional notifying party, PTRF.

## II. Continuation of Violations and Identification of Persons Giving Notice

### a. Continuation of Violations at Shellbank

Upon information and belief, as of the date of this supplemental notice letter, Hanor continues to release in excess of 100 pounds of ammonia per day from its Shellbank facility, and is in violation of section 304 of EPCRA for its failure to adequately report those releases pursuant to federal emergency release notification requirements.[5] Shellbank is a large concentrated swine feeding operation[6] that confines an estimated population of 2150 farrow-to-feeder swine and 6400 feeder-to-finish swine, and utilizes an open animal waste treatment and storage impoundment system.[7] Shellbank is located in Edgecombe County at 7111 NC 97W, Battleboro, North Carolina, 27809, just outside of the historic City of Rocky Mount.[8]

Shellbank produces approximately 14,233,950 gallons of liquid waste per year. An accepted, straightforward, and commonly available ammonia estimating methodology for industrial animal production facilities approximates that Shellbank regularly emits greater than 100 pounds of the extremely hazardous substance ammonia into the air every day, with high-end projections estimating Shellbank's releases at over 600 pounds of ammonia per day – six times ammonia's daily reporting threshold.[9]

Upon information and belief, at no time before or since receiving the July 10, 2012 notice letter has Hanor adequately reported the releases of ammonia from Shellbank to the relevant local emergency planning committee (LEPC) and state emergency response committee (SERC), pursuant to the requirements of EPCRA, and the releases have not been abated such that emergency release notification is no longer required. Since at least January 2009, Hanor knew or reasonably should have known that Shellbank's ammonia emissions exceeded the threshold for reporting pursuant to EPCRA. This knowledge is evidenced, in part, by Hanor's affiliations with the National Pork Producers Council and other industry trade groups that have made available to the pork industry EPCRA reporting information and ammonia estimating methodologies; Hanor's knowledge regarding industrial swine production; Hanor's obligation to comply with all relevant laws; prior notification from the HSUS regarding EPCRA violations at this facility; and Hanor's access to accepted ammonia estimating methodologies and other air pollutant measurement methods for industrial swine production facilities.

---

[5] *See* 42 U.S.C. § 11004; § 11045; § 11046(1)(A)(i); *see also* App. A (HSUS July 10, 2012 Notice Letter to Hanor).
[6] *See* 40 C.F.R. § 355.31(g)(4).
[7] *See* App. A, 8 (HSUS July 10, 2012 Notice Letter to Hanor).
[8] *Id.*
[9] *See* R. Koelsch and R. Stowell, Ammonia Emissions Estimator (Feb. 23, 2009), http://water.unl.edu/c/document_library/get_file?folderId=67759&name=DLFE-4647.pdf; s*ee also* National Pork Producers Council, CERCLA-EPCRA Reporting Worksheet (Jan. 2009), *available at* http://www.nppc.org/wp-content/uploads/Swine-EPCRA-Letter-Report-Worksheet.pdf.

The Hanor Company of Wisconsin
National Corporate Research, LTD., Registered Agent
January 16, 2015
Page 3

### b. Identification of Persons Giving Notice and Counsel

#### i. Persons Giving Notice

The Humane Society
of the United States
2100 L Street, N.W.
Washington, D.C. 20037
(202) 676-2354

Pamlico-Tar River Foundation
108 Gladden Street
P.O. Box 1854
Washington, NC 27889
(252) 946-7211

#### ii. Counsel

James L. Conner II
Calhoun, Bhella & Sechrest, LLP
4819 Emperor Blvd., Suite 400
Durham, NC 27703
(919) 887-2607

Hannah Connor
The Humane Society
of the United States
2100 L Street, NW
Washington, D.C. 20037
(202) 676-2354

Daniel C. Snyder
Law Office of Charles M. Tebbutt, P.C.
941 Lawrence St.
Eugene, OR 97405
(541) 344-3505

## III. Conclusion

EPCRA was enacted in 1987 to complement the federal Comprehensive Environmental Response, Compensation and Liability Act by providing communities and the public with the immediate right of access to fundamental information about releases of hazardous pollutants into their homes, schools, churches, and the environment.[10] Indeed, EPCRA is intended to "help increase the public's knowledge and

---

[10] *See* H.R. Conf. Rep. No. 99-962 (1986), *reprinted in* 1986 U.S.C.C.A.N. 3276, 3374 ("The Senate amendment and House amendment both establish programs to provide the public with important information on the hazardous chemicals in their communities, and to establish emergency planning and notification requirements which would protect the public in the event of a release of hazardous chemicals.").

The Hanor Company of Wisconsin
National Corporate Research, LTD., Registered Agent
January 16, 2015
Page 4

access to information on chemicals [and hazardous pollutants] at individual facilities, their uses, and releases into the environment," and to provide a mechanism to mitigate and otherwise protect communities from the hazardous and sometimes toxic effects of pollutants on their populations and the environment.[11] In the event a party fails to comply with the requirements of EPCRA, including the requirements of section 304, that party may be liable for civil and administrative penalties that can be as high as $37,500 per day (for each day of the first violation) to upwards of $107,500 per day (for each day of any subsequent violations).[12] In addition, any person who "knowingly and willfully fails to provide notice in accordance with" EPCRA section 304 may be liable for criminal charges of up to two years in prison and additional monetary penalties.[13]

EPCRA section 326 provides the right for private parties,[14] such as the HSUS and PTRF, to file civil actions in federal court to enforce EPCRA's statutory provisions and reporting requirements.[15] The HSUS and PTRF hereby provide supplemental notice of their intent to file such a citizen suit against Hanor for ongoing and consistent violations of EPCRA section 304 at the Shellbank facility since at least January 2009, as described above. If you have any questions regarding this notice, believe any of the statements in this notice letter to be in error, or wish to discuss a possible resolution of this matter, please contact me. Alternatively, you may contact Hannah Connor, in-house counsel for HSUS, at (202) 676-2354 or hconnor@humanesociety.org.

Sincerely,

CALHOUN, BHELLA & SECHREST, LLP

 [signature redacted]

James L. Conner II

cc: (ON NEXT PAGE)

---

[11] U.S. Env. Protection Agency (EPA), *The Emergency Planning and Community Right-to-Know Act: Fact Sheet*, EPA 550-F-00-004 (Mar. 2000).
[12] *See* 42 U.S.C. § 11045(b)(1)-(3); 40 CFR § 19.4, Table 1.
[13] *See* 42 U.S.C. § 11045(b)(4).
[14] A "citizen" is "any person," including any "individual, trust, … [or] corporation." 42 U.S.C. § 11046(a)(1); 42 U.S.C. § 11049(7).
[15] *See* 42 U.S.C. § 11046.

The Hanor Company of Wisconsin
National Corporate Research, LTD., Registered Agent
January 16, 2015
Page 5


R. Harrison Marks, III
Executive Director
Pamlico-Tar River Foundation
108 Gladden Street
P.O. Box 1854
Washington, NC 27889

The Honorable Eric H. Holder, Jr.
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
Attn: Civil Process Clerk

The Honorable Roy A. Cooper III
North Carolina Attorney General
Office of the Attorney General
9001 Mail Service Center
Raleigh, North Carolina 27699

The Honorable Gina McCarthy
Administrator
U.S. Environmental Protection Agency
Mail Code: 1101A
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

Heather McTeer Toney
Regional Administrator
U.S. Environmental Protection Agency, Region 4
Sam Nunn Atlanta Federal Center
61 Forsyth Street, S.W.
Mail Code: 9T25
Atlanta, Georgia 30303

Frank L. Perry
Secretary
North Carolina Department of Public Safety
4201 Mail Service Center
Raleigh, North Carolina 27699