**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION**

No. 4:15-cv-00109-FL

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES and SOUND RIVERS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE HANOR COMPANY OF WISCONSIN, LLC, <br><br> *Defendant*. | ORDER ON JOINT MOTION FOR STAY OF DISCOVERY |

Upon consideration of Plaintiffs' and Defendant's Joint Motion for Stay of Discovery, the parties' joint memorandum in support of the Motion, and the record herein, it is this __30th__ date of __June__, 2017,

**ORDERED** that the Joint Motion is **GRANTED**. This Order does not affect any information requests, document requests, or discovery to non-parties, including governmental entities, which any party may have currently pending.

SO ORDERED,

_____
LOUISE WOOD FLANAGAN
United States District Judge