# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# EASTERN DIVISION

No. 4:15-cv-00109-FL

| | |
|---|---|
| THE HUMANE SOCIETY OF THE UNITED STATES and SOUND RIVERS, INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> THE HANOR COMPANY OF WISCONSIN, LLC, <br><br> *Defendant*. | ORDER ON JOINT MOTION TO STAY PROCEEDINGS |

Upon consideration of Plaintiffs' and Defendant's Joint Motion to Stay Proceedings, it is this 27th date of November, 2018, **ORDERED** that the Joint Motion is **GRANTED**. The above-captioned matter is stayed pending resolution through any appeals of *Rural Empowerment Assoc. for Comm. Help, et al., v. EPA, et a.l*, No. 18-cv-02260-TJK (D.D.C. 2018).

**SO ORDERED**.

_____
LOUISE W. FLANAGAN
United States District Judge

1